IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3111 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| TONG THANH ROBERT NGUYEN, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

Because the defendant entered into a binding plea agreement under Rule 11(c)(1)(C) that called for the imposition of 135 month sentence (filing 77 at CM/ECF p. 4) and because the defendant received that sentence after I agreed to be bound by the plea agreement (filings 90 (judgment) and 97 (transcript)),

IT IS ORDERED that the defendant's motion to reduce his 135 month sentence due to the amendments of the "crack" Guidelines (filing 109) is denied.

DATED this 16th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge